UNITED STATES DISTRICT COURT
for the
Middle District of Florida

CHRISTOPHER DYER

Plaintiff,

v. Civil Action No. 8 17 CV 966 T-35 SS

HIGHLANDS COUNTY, FLORIDA,
HIGHLANDS COUNTY, FLORIDA
SHERIFF'S OFFICE,
Deputy Sheriff RICHARD WIGGINS,
Sheriff PAUL BLACKMAN.

Defendants.
______________________________/

## SUMMONS IN A CIVIL ACTION

To: RICHARD WIGGINS, DEPUTY SHERIFF
Highlands County, Florida Sheriff's Office
400 S. Eucalyptus Street
Sebring, FL 33870

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Shawn A. Jiles, Esquire
Jiles Law, P.A.
P.O. Box 1847
Winter Haven, FL 33882

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: April 24, 2017

Signature of Clerk or Deputy Clerk